

**Stacy M. Butterfield, CPA**
**Clerk of Courts & Comptroller**
**Polk County, Florida**

Public Records Online

## CASE INFORMATION

Printed as of 2/15/2021 by Public

| | |
|---|---|
| Case Number: | 2021SC0004660000LK |
| Judge: | HOPE M PATTEY |
| Section: | L1 |

### Parties

| Party Type | Party Name | Attorney |
|---|---|---|
| DEFENDANT | HEALTHCARE REVENUE RECOVERY GROUP LLC | |
| PLAINTIFF | NUNEZ, ALEXANDER | KOBAL JASON R, ESQ. |

### Dockets

| Date | Action | Type | Pages | Sequence |
|---|---|---|---|---|
| 1/25/2021 | Calendar entry added for: 02/22/2021 10:00 AM  Reason: PRTC | CINS | 0 | 1 |
| 1/25/2021 | CIVIL COVER SHEET | CCS | 3 | 2 |
| 1/25/2021 | COMPLAINT | CO | 8 | 3 |
| 1/25/2021 | SUMMONS (TO BE ISSUED BY CLERK) | STBI | 2 | 4 |
| 1/25/2021 | VIRTUAL/VIDEO SUMMONS/NOTICE TO APPEAR | SNAV | 5 | 5 |
| 2/12/2021 | SERVICE OF PROCESS SERVED - HEALTHCARE REVENUE RECOVERY GROUP LLC | SPS | 2 | 6 |

### Court Hearings

| Date | Time | Location | Motion | Section | Judge |
|---|---|---|---|---|---|
| 2/22/2021 | 10:00 AM | LAKELAND VIRTUAL COURTROOM | PRTC - PRE-TRIAL HEARING | L1 | HOPE M PATTEY |

Public Records Online

CASE INFORMATION

Printed as of 2/15/2021 by Public

Case Number:     2021SC0004660000LK

Judge:     HOPE M PATTEY                                Section:    L1

**Receivables**

| Date | Receipt Amount | Description | Paying Customer | Receipt Number | Receivable Number |
|---|---|---|---|---|---|
| 1/25/2021 | $310.00 | Fees Assessed | JASON R. KOBAL | 8588652 | |
| Balance Due | $0.00 | | | | |

No Disposition Data Available

No Reopen Data Available