UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-366 -TPB-CPT

ALEXANDER NUNEZ,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

**DEFENDANT, LOTANE & ASSOCIATES, P.A.'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  **IS** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**This case was removed from the County Court of the Tenth Judicial Circuit, in and for Polk County, Florida, Case Number 2021SC000466000oLK.**

_____ **IS NOT** similar or related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.  No similar or successive case exists.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

Dated this **22nd day February 2021.**

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **February 22, 2021**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Jason R. Kobal, Esquire at koballaw@yahoo.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*