UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-366-TPB-CPT

ALEXANDER NUNEZ,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.
_____/

**JOINT NOTICE OF RESOLUTION**

COMES NOW, Plaintiff, Alexander Nunez, and Defendant, Healthcare Revenue Recovery Group, LLC (collectively the "Parties"), pursuant to Local Rule 3.09, by and through their undersigned counsel, hereby notify the Court that they have reached a resolution in the above-captioned matter. The parties are in the process of finalizing the terms of the Agreement, which will result in a dismissal with prejudice of all pending claims. The parties anticipate that resolution and dismissal will be finalized within the next forty-five (45) days. As such, the parties request the Court to enter an Administrative Dismissal in this case.

Dated this **16th** day of **April 2021**.

1

| | |
|---|---|
| /s/ *Jason R. Kobal* | /s/ *Ernest H. Kohlmyer, III* |
| Jason R. Kobal, Esq. | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 0542253 | Florida Bar No. 110108 |
| koballaw@yahoo.com | Skohlmyer@shepardfirm.com |
| Kobal Law, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 12169 W. Linebaugh Avenue | 2300 Maitland Center Parkway, Suite 100 |
| Tampa, FL 33626 | Maitland, Florida 32751 |
| Telephone: (813) 873-2440 | Telephone (407) 622-1772 |
| *Attorneys for Plaintiff* | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant*, *Healthcare Revenue Recovery Group, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 16, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jason R. Kobal, Esquire at koballaw@yahoo.com *(Attorneys for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@Shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
Phone: (407) 622-1772
Fax: (407) 622-1884

3

*Attorneys for Defendant,
Healthcare Revenue Recovery
Group, LLC*